Sylvia B. HARRIS, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2006–3170.

United States Court of Appeals, Federal Circuit.

July 18, 2006.

*ORDER*

Sylvia B. Harris has complied with the court's order of May 31, 2006.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The order of dismissal and the mandate be, and the same hereby are, vacated and recalled, and the petition for review is reinstated.

(2) Respondent should compute the due date for filing its brief from the date of service of the brief for the petitioner.